# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ALEXIS BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 10-01136-CV-W-DGK |
| | ) |
| TRIGGERPHOTO, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

Plaintiff's complaint was filed on November 16, 2010, with service to be completed on or before March 21, 2011. To date, no returns of service have been filed. It is hereby

ORDERED that Plaintiff is ordered to show cause on or before April 11, 2011, why this case should not be dismissed for failure to prosecute. In lieu of a response, plaintiff may file returns of service indicating that service was timely effected upon defendants.

        /s/ Greg Kays
        GREG KAYS, JUDGE
        UNITED STATES DISTRICT COURT

Date: March 28, 2011