IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| ALEXIS BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:10-cv-01136-DGK |
| | ) | |
| TRIGGERPHOTO LLC, *et al.,* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, by and through counsel, states as follows:

1. All defendants have waived service of process and service of the summons in the above-captioned case.

2. Initially the parties agreed that the date by which defendants would answer or otherwise respond to plaintiff's Complaint would be March 15, 2011.

3. Prior to March 15, the parties agreed instead to extend to May 16, 2011 the date by which the defendants must answer or otherwise respond to plaintiff's Complaint to provide an opportunity to entertain settlement discussions.

4. To that end, the parties have agreed to certain informal discovery and mediation on May 4, 2011.

5. Contemporaneous with the filing of this response, plaintiff has filed the duly executed Waiver of Service of Summons of each defendant.

5. Plaintiff has circulated this response to defendants, through their counsel, and none object to the contents of this response.

Respectfully submitted,

By: s/Arthur K. Shaffer

Arthur K. Shaffer, #51,229
INTELLECTUAL PROPERTY CENTER, LLC
7101 College Blvd., Suite 1520
Overland Park, KS 66210
Telephone: (913) 345-0900
Facsimile: (913) 345-0903

ATTORNEY FOR PLAINTIFF