IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

**ALEXIS BURKE,**
an individual residing in Kansas,

    **Plaintiff,**

v.

**TRIGGERPHOTO LLC**
1201 NE Oakwood
Lee's Summit, MO 64086

    <u>Serve Registered Agent:</u>
    Jennifer L. Trenchard
    1201 NE Oakwood
    Lee's Summit, MO 64086,

**WHITE ROCK DISTILLERIES, INC.**
a Maine Corporation,
21 Saratoga Street
PO Box 1829
Lewiston, ME 04241,

    <u>Service Registered Agent:</u>
    John L. Carpenter
    PO Box 9729
    Portland, ME 04104-5029,

**ISTOCKPHOTO LP**
a Canadian Limited Partnership
1240 20th Ave. SE, Suite 200
Calgary, Alberta T2G 1M8
Canada

    <u>Service via the Hague Convention</u>
    <u>Designated Central Authority:</u>
    Alberta Justice
    Office of the Sheriff
    Civil Enforcement
    2nd Floor, 108th Street Building
    9942-108 Street
    Edmonton AB T5K 2J5

Civil Action No. 4:10-cv-01136-DGK

|  | ) |
|---|---|
| and | ) |
|  | ) |
| **US WEEKLY LLC,** | ) |
| a Delaware Limited Liability Company, | ) |
| 1290 Avenue of the Americas, 2nd Floor | ) |
| New York, NY 10104-0298 | ) |
|  | ) |
| <u>Serve Registered Agent:</u> | ) |
| Corporation Service Company | ) |
| 2711 Centerville Road, Suite 400 | ) |
| Wilmington, DE 19808 | ) |
|  | ) |
|  | ) |
| **Defendants.** | ) |

## WAIVER OF SERVICE OF SUMMONS

TO:     Arthur K. Shaffer, Esq.

I acknowledge receipt of your request that I waive service of a summons in the action of Burke v. TriggerPhoto LLC, et al., which is case number 4:10-cv-01136-DGK in the United States District Court for the Western District of Missouri. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

2

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after (date request was sent), or within 90 days after that date if the request was sent outside the United States.

12/20/2010
Date

Printed/typed name: **US WEEKLY LLC**

Signature
Jennifer Trenchard
Owner
Trigger Photo LLC

3