# BERNSTEIN SHUR

COUNSELORS AT LAW

207-774-1200 main
207-774-1127 facsimile
bernsteinshur.com

100 Middle Street
PO Box 9729
Portland, ME 04104-5029

Daniel J. Murphy
207 228-7120 direct
dmurphy@bernsteinshur.com

<u>Via U.S. Mail and Email</u>

December 20, 2010

Arthur Shaffer, Esq.
Intellectual Property Center, LLC
7101 College Blvd., Suite 1520
Overland Park, Kansas 66210

Re: Alexis Burke, v. Triggerphoto, LLC *et al.*,
Civ. Action No. 4:10 CV 01136 (W.D. Mo)

Dear Mr. Shaffer:

This firm represents White Rock Distilleries, Inc. ("White Rock"). Following up on our conversation on Friday, December 17, 2010, Plaintiff and White Rock have agreed that in exchange for return of the Waiver of Service form provided by Plaintiff, the time for White Rock to Answer or otherwise respond to the Complaint shall be extended to and including March 15, 2011. I would ask that you take any necessary action with the Court to reflect the agreement between the parties to Answer or otherwise respond to the Complaint on and including March 15, 2011.

Please do not hesitate to contact me with questions or to confer.

Sincerely,

Daniel J. Murphy

DM/js
Encl.
cc: James Keenan, Esq.

BERNSTEIN, SHUR, SAWYER & NELSON, P.A. | Portland, ME | Augusta, ME | Manchester, NH    LEX MUNDI
WORLD'S LEADING ASSOCIATION OF INDEPENDENT LAW FIRMS

Case 4:10-cv-01136-DGK   Document 8   Filed 04/07/11   Page 1 of 3

and                                         )
                                            )
**US WEEKLY LLC,**                          )
a Delaware Limited Liability Company,       )
1290 Avenue of the Americas, 2nd Floor      )
New York, NY 10104-0298                     )
                                            )
    Serve Registered Agent:             )
    Corporation Service Company          )
    2711 Centerville Road, Suite 400     )
    Wilmington, DE 19808                 )
                                            )
                                            )
Defendants.                                 )

## WAIVER OF SERVICE OF SUMMONS

TO:     Arthur K. Shaffer, Esq.

I acknowledge receipt of your request that I waive service of a summons in the action of Burke v. TriggerPhoto LLC, et al., which is case number 4:10-cv-01136-DGK in the United States District Court for the Western District of Missouri. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

2

Case 4:10-cv-01136-DGK   Document 8   Filed 04/07/11   Page 2 of 3

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after (date request was sent), or within 90 days after that date if the request was sent outside the United States.

12-20-10
Date

*[signature]*
Signature

Printed/typed name: **WHITE ROCK DISTILLERIES, INC.**

By agreement of the parties, date for Answer or other response is extended to and including March 15, 2011.

3