**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| ALEXIS BURKE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) No. 10-01136-CV-W-DGK |
| | ) |
| TRIGGERPHOTO, LLC, et al., | ) |
| | ) |
|     Defendants. | ) |

**<u>ORDER</u>**

Pending before the Court are Plaintiff's Response to Order to Show Cause (Doc. 4) and four executed waivers of service (Docs. 5-8) indicating that defendants' answers were due on January 18, 2011 and February 14, 2011. Plaintiff states in her response that the parties have agreed to extend defendants' deadline within which to respond to Plaintiff's complaint to May 15, 2011. The Court will construe Plaintiff's response to the order to show cause as a motion for extension of time. It is hereby

ORDERED that the motion is granted. Defendants shall answer or otherwise respond to Plaintiff's complaint on or before May 15, 2011. No further continuances will be granted. Plaintiff is directed to forward a copy of this order to all defendants.


                                       /s/ Greg Kays
                                        GREG KAYS, JUDGE
                                        UNITED STATES DISTRICT COURT

Date: April 7, 2011