# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALEXIS BURKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:10-cv-01136-DGK |
| TRIGGERPHOTO LLC, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## DISMISSAL WITH PREJUDICE

Plaintiff, by and through counsel, hereby dismisses the above-captioned case with prejudice.

Respectfully submitted,

By: s/Arthur K. Shaffer

Arthur K. Shaffer, #51,229
INTELLECTUAL PROPERTY CENTER, LLC
7101 College Blvd., Suite 1520
Overland Park, KS 66210
Telephone: (913) 345-0900
Facsimile: (913) 345-0903

ATTORNEY FOR PLAINTIFF