# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| ALEXIS BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 10-01136-CV-W-DGK |
| | ) |
| TRIGGERPHOTO, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Having considered Plaintiff's notice of Dismissal with Prejudice (Doc. 10), it is hereby

ORDERED that the case is dismissed with prejudice.


        /s/ Greg Kays
        GREG KAYS, JUDGE
        UNITED STATES DISTRICT COURT

Date: June 20, 2011